# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. EDCV 16-01744-VAP (DTBx)                  Date: June 1, 2017

Title: <u>H and M Bay, Inc. v. West Coast Transportation, LLC, et al.</u>
<u>DOCKET ENTRY</u>

PRESENT:

    **HON. <u>DAVID T. BRISTOW</u>, UNITED STATES MAGISTRATE JUDGE**

| <u>I. Vazquez</u> | <u>Court Smart RS#3</u> |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEY PRESENT FOR PLAINTIFF(S):    ATTORNEY PRESENT FOR DEFENDANT(S)
  Alan Nakazawa    Marco Gonzalez, Pro Se/Representative for
    Defendant, West Coast Trans Line, Inc.

**PROCEEDINGS:    ORDER SHOW CAUSE RE: CONTEMPT FOR FAILURE OF JUDGMENT DEBTOR TO COMPLY WITH ORDER FOR DEBTOR EXAMINATION AND SUBPOENA FOR PRODUCTION OF DOCUMENTS [DOCKET #30]**

On June 1, 2017, the Court held a hearing regarding judgment creditor's Application for Order to Show Cause Re: Contempt to Comply with Order for Debtor Examination and Failure to Comply with Subpoena for Production of Documents. Attorney Alan Nakazawa appeared telephonically on behalf of the judgment creditor. Marco Gonzalez appeared on behalf of defendant West Coast Trans Line, Inc., as the representative, and in pro se.

The Court explained to Mr. Gonzalez that he was not able to appear on behalf of corporate defendant West Coast Trans Line, Inc. as he was not a licensed attorney. The Court inquired of Mr. Gonzalez individually as to why he had not previously appeared for examination and acknowledged the reasons as stated on the record. After further discussion between the Court and the parties, the Court ordered as follows:

1. A Judgment Debtor Exam is set for June 22, 2017, at 10:00 a.m., in Courtroom 3, Riverside Courthouse, 3470 Twelfth Street, Riverside, California, as to defendant, West Coast Trans Line, Inc., dba West Coast Logistics. Mr. Gonzalez was ordered by the Court to appear on that date, at that time, as the representative of West Coast Trans Line, Inc.

2. Counsel for the judgment creditor shall promptly mail another copy of the Subpoena for Production of Documents to Mr. Gonzalez to the address he provided.
3. Mr. Gonzalez is to provide responses to the document subpoena, which shall be received at Mr. Nakazawa's firm no later than June 19, 2017, to the attention of Mr. Nakazawa.

The Court encouraged Mr. Gonzalez to contact plaintiff's counsel to further discuss the pending Judgment, and informed Mr. Gonzalez that failure to comply with the Court's orders could result in sanctions by the Court.

|  | 00 : 24 |
|---|---|
| Initials of Deputy Clerk | IV |